IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACUITY, a Mutual Insurance Company,<br><br>             Plaintiff,<br><br>vs.<br><br>SCOTTS BLUFF COUNTRY CLUB,<br><br>             Defendant. | 8:21-CV-262<br><br>ORDER |

IT IS ORDERED:

1. This case is stayed pending consummation of settlement in *Doe v. Scotts Bluff Country Club et al.*, case no. 4:20-cv-3013.

2. The parties are directed to advise the Court, on or before March 25, 2022, whether this case may be dismissed as moot.

3. The Clerk of the Court is directed to flag this case as stayed and set an initial status report deadline of March 25, 2022.

Dated this 23rd day of February, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge